Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOGERT ABRANTES,** | Case No. 1:15-cv-00907---BAM |
| Plaintiff(s) | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **EXPRESS BILLING & COLLECTION SERVICES, INC., MARY SISLER WILLIAM,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 29th day of January, 2016.

    By: s/Todd M. Friedman
       Todd M. Friedman, Esq.
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 29th day of January, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 29th day of January, 2016, via the ECF system to:

Honorable Judge Barbara A. McAuliffe
United States District Court
Eastern District of California

And mailed to:

Express Billing & Collection Services Inc.
c/o Mary Sisler
40575 Cal Oaks Rd., D2, PMB 292
Murrieta, CA 92562

This 29th day of January, 2016.
By: s/Todd M. Friedman
      Todd M. Friedman